UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5369 CAS (PJWx) | Date | October 2, 2008 |
|---|---|---|---|
| Title | Cindy M. Szegedy, et al. v. Keystone Food Products, Inc., et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                             Not Present

**Proceedings:** **(In Chambers) Order Discharging August 27, 2008 Order to Show Cause**

On August 15, 2008, plaintiff, a citizen of California, filed the instant action in this Court, but failed to provide sufficient evidence of a basis for jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). Specifically, plaintiff failed to allege adequate facts to establish defendants' principal places of business. On August 27, 2008, this Court ordered defendant to show cause why the instant action should not be dismissed for lack of subject matter jurisdiction. On September 30, 2008, plaintiff submitted a response, in which she alleges sufficient facts to establish that defendant Keystone Food Products, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania, and that defendant Roberts American Gourmet Food, Inc. is a New York corporation with its principal place of business in New York. For the foregoing reasons, the Court DISCHARGES its August 27, 2008 order to show cause.

IT IS SO ORDERED

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |